Clark Law and Associates, LLC
**Barry Fifth-Lince,** OSB No. 182935
**Jennie Clark**, OSB No. 000319
E-mail: barry@clarklawportland.com
jennie@clarklawportland.com
6501 SW Macadam Ave. Suite E
Portland, OR   97239
(503) 238-1010
(503) 238-1212 (facsimile)
Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **LAVONNE JORDAN,**<br><br>         Plaintiff**,**<br><br>V.<br><br>**CITY OF PORTLAND, JASON WORTHINGTON, AND JOHN DOE,**<br><br>         Defendants. | Civil No.: 3:22-CV-00942-HZ<br><br>**PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FRCP 68** |

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD**:

On March 21, 2023 Defendents served on Plaintiff an OFFER OF JUDGMENT TO PLAINTIFF, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68.

On March 31, 2023 Plaintiff served Defendents PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68.

Page 1- **PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

**Clark Law & Associates, LLC**
**6501 SW Macadam Ave. Suite E**
**Portland, OR   97239**
**(503) 238-1010**
**(503) 238-1212 (facsimile)**

Attached hereto as Exhibit A is the Offer of Judgement referenced above, proof of service is herein included below.

Signed and dated this 31st day of March 2023.

                                                Respectfully submitted

/s/ *Barry Fifth-Lince*
Barry Fifth-Lince, OSB No. 182935
Clark Law and Associates, LLC
Of Attorneys for Plaintiff
6501 SW Macadam Ave. Suite E
Portland, OR   97239

Page 2- **PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

**Clark Law & Associates, LLC**
6501 SW Macadam Ave. Suite E
Portland, OR   97239
(503) 238-1010
(503) 238-1212 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2023 I served the foregoing **PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**, on the following parties:

**MARC RODRIGUEZ**
marc.rodriguez@portlandoregon.gov
Deputy City Attorney
Portland City Attorney's Office
**LEWIS, NWEZE & STABLER**
1221 SW 4th Ave., Rm. 430
Portland, OR 97204

*Of Attorneys for Defendants*

by emailing to them a true and correct copy thereof, certified by me as such, at the email addresses above.

    s/ *Barry Fifth-Lince*
    Barry Fifth-Lince OSB#182935
    *Of Attorneys for Plaintiff*

Page 3- **PLAINTIFF'S NOTICE OF ACCEPTED OFFER OF JUDGEMENT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

**Clark Law & Associates, LLC**
6501 SW Macadam Ave. Suite E
Portland, OR   97239
(503) 238-1010
(503) 238-1212 (facsimile)